IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYRONE PEELE                           : CIVIL ACTION
WE THE PEOPLE (IN REM)                 :
                                       :
     v.                                :
                                       :
CAITLIN MCLAUGHLIN, et al.             : NO. 15-3804

O R D E R

AND NOW, this 1st day of October 2015, having considered Plaintiff Peele's amended complaint (Document No. 4), and in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Clerk of Court shall CLOSE this case for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER, J.